E-FILED; Frederick Circuit Court
Docket: 2/4/2020 9:17 AM; Submission: 2/4/2020 9:17 AM

| | |
|---|---|
| ARNOLD ALCANTAR<br>310 POULTNEY PLACE<br>NEW MARKET, MD. 21774 | * IN THE |
| | * CIRCUIT COURT |
| Plaintiff | * FOR |
| v. | * FREDERICK COUNTY |
| COSTCO WHOLESALE<br>10 MONOCACY BLVD<br>FREDERICK, MD 21704<br><u>SERVE ON</u>:<br>THE CORPORATION TRUST<br>2405 YORK ROAD<br>LUTHERVILLE, MD 21093 | *<br>* Case No.: C-10-CV-20-000096<br>*<br>* |
| Defendant | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT

Plaintiff, Arnold Alcantar, by and through his attorneys, Seigel & Rouhana, LLC, and Paul N. Rouhana, files this action against the Defendants Costco Wholesale, and says:

1. On or about April 29, 2018, the Plaintiff, Arnold Alcantar, was lawfully on said premises, a department store, as a business invitee thereof.

2. On that date and at that location, the Plaintiff and an employee of the Defendant, were loading a BBQ pit into Plaintiff's vehicle, when Plaintiff sustained injury due to the negligence of Defendant's employee and Defendant in loading same.

3. As a direct and proximate result of the negligence of the Defendant, the Plaintiff was caused to suffer and sustain serious, painful, and permanent injury about the head, neck, and body, and limbs.

4. The Plaintiff was rendered sick, sore, and disabled.

5. The Plaintiff has incurred and will incur hospital, medical, and other expenses.

6. The Plaintiff has and will suffer physical and emotional pain and suffering.


EXHIBIT A

7. The Plaintiff, Arnold Alcantar, has lost and will lose time from his gainful employment and usual avocations.

8. The Plaintiff was otherwise injured and damaged.

9. No conduct on the part of the Plaintiff contributed to the accident or to the injuries sustained by him.

10. Plaintiff, Arnold Alcantar, re-alleges all allegations contained above.

**WHEREFORE**, the Plaintiff, Arnold Alcantar, demands judgment against the Defendant, Costco Wholesale, in an amount in excess of $75,000.00, plus interest and costs of this action.

/s/ Paul N. Rouhana
Paul N. Rouhana (CPF No.: 0212190106)
Seigel & Rouhana, LLC
501 Fairmount Avenue, Suite 100
Towson, Maryland 21286
Direct Phone: 443-470-1006
Main Number: 443-470-1015
Facsimile: 443-470-1036
E-mail: prouhana@srlegalgroup.com
*Counsel for Plaintiff*